# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omil Cotto, | No. CV-24-03208-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

This matter is before the Court on Petitioner Omit Cotto's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") (Doc. 13) issued by United States Magistrate Judge Alison S. Bachus on May 15, 2025.

Judge Bachus advised the parties that they had fourteen days to file objections and that the failure to timely do so may result in the District Court's acceptance of the Report and Recommendation without further review. (Doc. 13 at 10) (citing *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). Petitioner has not filed an objection and the time to do so has expired. Respondent has also not filed an objection. Absent any objections, the Court is not required to review the findings and recommendations in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (noting that the relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1), "does not on its face require any review at all . . . of any issue that is not the subject of an objection"); *Reyna-Tapia,* 328 F.3d at 1121 (same); Fed.R.Civ.P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

Nonetheless, the Court has reviewed Judge Bachus's R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 13) is **accepted** and **adopted** as the Order of this Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **denied and dismissed without prejudice**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 5th day of June, 2025.

Honorable Diane J. Humetewa
United States District Judge